## Commonwealth *v.* Lopatofsky, Appellant.

Before BIGELOW, J.

Submitted June 10, 1974. *Francis P. Burns,* Assistant Public Defender, for appellant; *John J. Gill, Jr.,* Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lowe, Appellant.

Before REED, J.

Submitted June 18, 1974. *Harold M. Kane,* and *Bashman, Wertheimer, Kane, Manfredi & Byrne,* for appellant; *David Richman, John H. Isom, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.